UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VICTORIA TOENSING,

      Plaintiff,

    v.

U.S. DEPARTMENT OF JUSTICE,

      Defendant.

Civil Action No. 25-2385 (SLS)

## NOTICE REGARDING RESPONSE TO FOIA REQUEST

Pursuant to this Court's February 3, 2026, Minute Order, Defendant the U.S. Department of Justice submits this notice to inform the Court that Defendant completed its review of the three records gathered in response to Plaintiff's request and completed its response to Plaintiff's FOIA request on March 4, 2026. A response letter was issued earlier today.

*    *    *

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ Anna D. Walker
ANNA D. WALKER
Assistant United States Attorney
United States Attorney's Office
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2544
Anna.Walker@usdoj.gov

Counsel for United States of America

Date: March 4, 2026