UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VICTORIA TOENSING,

*Plaintiff*,

v.

U.S. DEPARTMENT OF JUSTICE,

*Defendant*.

Civ. Action No. 25-2385 (SLS)

## JOINT STATUS REPORT

Pursuant to the Court's February 10, 2026, Minute Order, Defendant U.S. Department of Justice submits this status report to address whether the Parties can resolve their disputes without the Court's intervention and to propose a schedule for briefing cross-motions for summary judgment.

The parties conferred on April 16, 2026, and Plaintiff's position is that external events may obviate the need for continued litigation of its objections regarding the three withheld documents or otherwise alter the nature of the dispute and the issues that need to be briefed. To allow time for the possibility that events might occur that may inform how the parties proceed, and also to allow time for the FBI to prepare a declaration explaining the bases for withholding (which is expected to be time consuming given the nature of the documents at issue), the Parties propose the following briefing schedule:

> Defendant shall file their motion for summary judgment by August 21, 2026. Plaintiff shall file her opposition to Defendant's motion for summary judgment on September 25, 2026. Defendant shall file its Reply on or before October 23, 2026.

The Parties additionally propose that they file a Joint Status Report on June 22, 2026, to advise the Court as to whether briefing is still necessary in light of any circumstances that may change.

Dated: April 23, 2026                    Respectfully submitted,


JEANINE FERRIS PIRRO
United States Attorney

VICTORIA TOENSING
By Counsel:
/s/ Matthew D. Hardin                      By: */s/ Tara Derbisz*
Matthew D. Hardin, D.C. Bar No. 1032711    TARA DERBISZ
Hardin Law Office                          Assistant United States Attorney
101 Rainbow Drive #11506                   601 D Street, NW
Livingston, TX 77399                       Washington, DC 20530
Phone: (202) 802-1948                      Phone:  (202) 809-0784
Email: MatthewDHardin@protonmail.com       tara.derbisz@usdoj.gov