UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VICTORIA TOENSING, *Plaintiff,* v. U.S. DEPARTMENT OF JUSTICE, *Defendant.* | Civ. Action No. 25-2385 (SLS) |

## JOINT STATUS REPORT

Pursuant to the Court's May 6, 2026, Minute Order, Plaintiff Victoria Toensing, and Defendant U.S. Department of Justice submits this joint status report addressing whether summary judgment briefing remains necessary to resolve the Parties' dispute in this case.

The parties report that summary judgment briefing remains necessary and that they intend to move forward in accordance with the briefing schedule set by the Court in its May 6, 2026 Minute Order.

Dated: July 6, 2026                    Respectfully submitted,


VICTORIA TOENSING
By Counsel:
/s/ Matthew D. Hardin
Matthew D. Hardin, D.C. Bar No. 1032711
Hardin Law Office
101 Rainbow Drive #11506
Livingston, TX 77399
Phone: (202) 802-1948
Email: MatthewDHardin@protonmail.com

*Attorney for Defendant*

JEANINE FERRIS PIRRO
United States Attorney

 By: */s/ Tara Derbisz*
TARA DERBISZ
D.C. Bar # 252957
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Phone:  (202) 809-0784
tara.derbisz@usdoj.gov

*Attorneys for the United States of America*