UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTORIA TOENSING,<br>*Plaintiff*,<br>v.<br>U.S. DEPARTMENT OF JUSTICE,<br>*Defendant*. | Civ. Action No. 25-2385 (SLS) |

**JOINT MOTION TO FOR EXTENSION OF TIME AND TO MODIFY BRIEFING SCHEDULE**

Pursuant to the Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Victoria Toensing, and Defendant, United States Department of Justice, by and through their respective undersigned counsel, jointly move for a 30-day extension of time for Defendant to files its motion for summary judgment (from the current deadline of August 21, 2026) and for a corresponding adjustment of the remaining deadlines in the briefing schedule set by the Court by order dated May 6, 2026. There is good cause for the requested extension. The Parties state as follows:

1. The Complaint in this action was filed on July 23, 2025. *See* ECF No 1. Defendants filed an amended Answer on December 1, 2025. *See* ECF No. 7.

2. On May 6, 2026, the Court ordered the Parties to comply with the following briefing schedule: The Defendant shall move for summary judgment by August 21, 2026. The Plaintiff shall oppose the Defendant's motion by September 25, 2026. The Defendant shall reply by October 23, 2026. Minute Order (May 6, 2026).

3. Since the Court set this briefing schedule, the Parties have continued to confer regarding the limited remaining issues in this case. On August 7, 2026, Plaintiff's counsel informed counsel

for the undersigned Defendant that a motion was pending before the District Court in the District of Maryland to unseal certain materials that may potentially be responsive to Plaintiff's FOIA request. *See* Motion to Unseal Document for Limited Purposes, *In the Matter of the Search of 5807 Hillburne Way, Chevy Chase, MD 20815*, case no. 8:21-mj-01202-GLS, ECF No. 11 (July 20, 2026). The Court has not yet ruled on that motion; however, the government filed its response on August 13, 2026, noting that it did not oppose the motion to unseal. *Id.* at ECF No. 16.

4. The Parties request an extension of 30-days, to and including September 21, 2026, to ascertain whether the District Court for the District of Maryland will rule on the motion to unseal, and if so, determine whether that ruling impacts the manner in which the Parties brief or otherwise respond to the remaining issues presently before the Court in this case. Thus, for good cause and in the interest of judicial economy, the Parties jointly request to extend the current briefing deadlines set by the Court as follows: The Defendant shall move for summary judgment by September 21, 2026. The Plaintiff shall oppose the Defendant's motion by October 26, 2026. The Defendant shall reply by November 23, 2026.

5. This is the Parties' first request to extend briefing schedule, and no other deadlines will be impacted. Further, the Parties are not seeking this extension to cause undue delay, but to ensure that the Parties have enough time to determine the precise nature of the remaining issues in light of the District Court for the District of Maryland's expected ruling and their impact on this case before devoting limited resources to briefing such issues on summary judgment.

6. A proposed motion is attached.

Dated: August 17, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO

VICTORIA TOENSING
By Counsel:
/s/ Matthew D. Hardin
Matthew D. Hardin, D.C. Bar No. 1032711
Hardin Law Office
101 Rainbow Drive #11506
Livingston, TX 77399
Phone: (202) 802-1948
Email: MatthewDHardin@protonmail.com

*Attorney for Defendant*

United States Attorney

By: */s/ Tara Derbisz*
TARA DERBISZ
D.C. Bar # 252597
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Phone: (202) 809-0784
tara.derbisz@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTORIA TOENSING,<br>*Plaintiff*,<br>v.<br>U.S. DEPARTMENT OF JUSTICE,<br>*Defendant*. | Civ. Action No. 25-2385 (SLS) |

**[Proposed] ORDER**

Upon consideration of the joint motion to extend and to modify briefing schedule, the entire record in this case, and for good cause shown, it is hereby:

ORDERED that the joint motion is granted; it is further

ORDERED that Defendant's motion for summary judgment is due by September 21, 2026;

Plaintiff shall oppose the Defendant's motion by October 26, 2026; and

Defendant shall reply by November 23, 2026.

SO ORDERED.

Dated: __________________

______________________________
SPARKLE S. SOOKNANAN
United States District Judge