UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VICTORIA TOENSING,

*Plaintiff*,

v.

U.S. DEPARTMENT OF JUSTICE,

*Defendant*.

Civ. Action No. 25-2385 (SLS)

**JOINT MOTION TO FOR EXTENSION OF TIME AND TO MODIFY BRIEFING SCHEDULE**

Pursuant to the Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Victoria Toensing, and Defendant, United States Department of Justice, by and through their respective undersigned counsel, jointly move for a 30-day extension of time for Defendant to files its motion for summary judgment (from the current deadline of September 21, 2026) and for a corresponding adjustment of the remaining deadlines in the briefing schedule set by the Court by order dated August 18, 2026. There is good cause for the requested extension. The Parties state as follows:

1. The Complaint in this action was filed on July 23, 2025. *See* ECF No 1. Defendants filed an amended Answer on December 1, 2025. *See* ECF No. 7.

2. On August 18, 2026, the Court granted the Parties' first Joint Motion for Extension of Time and ordered the Parties to comply with the following briefing schedule: The Defendant shall move for summary judgment by September 21, 2026. The Plaintiff shall oppose the Defendant's motion by October 26, 2026. The Defendant shall reply by November 23, 2026. Minute Order (Aug. 18, 2026).

3. Since the Court set this briefing schedule, the Parties have continued to confer regarding the limited remaining issues in this case. On August 7, 2026, Plaintiff's counsel informed counsel for the undersigned Defendant that a motion was pending before the District Court in the District of Maryland to unseal certain materials that may potentially be responsive to Plaintiff's FOIA request. *See* Motion to Unseal Document for Limited Purposes, *In the Matter of the Search of 5807 Hillburne Way, Chevy Chase, MD 20815*, case no. 8:21-mj-01202-GLS, ECF No. 11 (July 20, 2026). Based on information reasonably available to the Parties, it is their understanding that the Court, still, has not yet issued a ruling on that motion; however, as previously reported, the government has taken the position in a pending motion that material regarding this Plaintiff should be unsealed, and Plaintiff has indicated that at least some of that material Plaintiff also seeks in the instant FOIA action. *Id.* at ECF No. 16.

4. Since setting this most recent briefing schedule, Defendant also learned that there is a nearly identical matter pending before this Court in a similar posture, in which the parties continue to await a decision from the District of Maryland, which will determine how the parties proceed. *See Victoria Toensing v. Dep't of Justice*, 24-2444-SLS, ECF No. 27 (September 1, 2026).

5. The Parties therefore request an extension of 30-days, to and including October 21, 2026, to ascertain whether the District Court for the District of Maryland will rule on the motion to unseal, and if so, determine whether that ruling impacts the manner in which the Parties brief or otherwise respond to the remaining issues presently before the Court in this case. This will also afford the Defendant an opportunity to confer internally regarding the similar pending case in this Court.

6. Thus, for good cause, the Parties jointly request to briefly extend the current briefing deadlines set by the Court as follows: The Defendant shall move for summary judgment by

October 21, 2026. The Plaintiff shall oppose the Defendant's motion by November 20, 2026. The Defendant shall reply by December 4, 2026.

7. No other deadlines will be impacted by this brief extension request. Further, the Parties are not seeking this extension to cause undue delay, but to ensure that the Parties have enough time to determine the precise nature of the remaining issues in light of the District Court for the District of Maryland's expected ruling and their impact on this case before devoting limited resources to briefing such issues on summary judgment. Counsel for the respective undersigned are cognizant of the Court's requirement that extension motions be filed four days in advance of the deadline they seek to extend and therefore apologize to the Court for any inconvenience such request may cause. To the contrary, the Parties' intentions are to accurately represent the changing nature of proceedings in these related cases and therefore make this joint motion in the interest of judicial economy.

8. A proposed motion is attached.

Dated: September 21, 2026

Respectfully submitted,

VICTORIA TOENSING
By Counsel:
/s/ Matthew D. Hardin
Matthew D. Hardin, D.C. Bar No. 1032711
Hardin Law Office
101 Rainbow Drive #11506
Livingston, TX 77399
Phone: (202) 802-1948
Email: MatthewDHardin@protonmail.com

*Attorney for Defendant*

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Tara Derbisz
TARA DERBISZ
D.C. Bar # 252597
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Phone: (202) 809-0784
tara.derbisz@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTORIA TOENSING,<br>*Plaintiff*,<br>v.<br>U.S. DEPARTMENT OF JUSTICE,<br>*Defendant*. | Civ. Action No. 25-2385 (SLS) |

**[Proposed] ORDER**

Upon consideration of the Parties' joint motion to extend and to modify the briefing schedule, the entire record in this case, and for good cause shown, it is hereby:

**ORDERED** that the joint motion is granted; it is further

**ORDERED** that Defendant's motion for summary judgment is due by October 26, 2026;

Plaintiff shall oppose the Defendant's motion by November23, 2026; and

Defendant shall reply by December 6, 2026.

**SO ORDERED**.

Dated: ___________________

_____________________________
SPARKLE S. SOOKNANAN
United States District Judge