UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTORIA TOENSING,<br>*Plaintiff*,<br>v.<br>U.S. DEPARTMENT OF JUSTICE,<br>*Defendant*. | Civ. Action No. 25-2385 (SLS) |

**NOTICE OF COMPLIANCE WITH THE COURT'S**
**SEPTEMBER 21, 2026 MINUTE ORDER**

Plaintiff Victoria Toensing, and Defendant, United States Department of Justice, by and through their respective undersigned counsel, respectfully submit this notice to the Court pursuant to the Court's Minute Order dated September 20, 2026, ordering that the Parties file a notice by September 21, 2026, addressing why counsel waited until the day before the Defendant's deadline to move for an extension, explain with specificity what about the changing nature of proceedings in these related cases caused the Parties to proceed in this manner, and whether the Defendant is prepared to file its motion on schedule if the Court denies the joint motion.

The Parties currently have pending before this Court a joint motion to extend the time to file summary judgment (ECF No. 20). This request is primarily due to an active case in the United States District Court for the District of Maryland, *In the Matter of the Search of 5807 Hillburne Way, Chevy Chase, MD, 20815*, Case No. 8:21-mj-01202-GLS, where the Government has taken the position in a pending motion that material regarding this Plaintiff should be unsealed. Some of that material is likely to be responsive to Plaintiff's FOIA request in this case.

Although this Court has not ordered Defendant to produce a *Vaughn* index, the Parties continue to confer, and Defendant has provided Plaintiff with a draft *Vaughn* index and

accompanying declaration in a showing of good faith, to demonstrate that this case is moving forward. However, government counsel has not drafted the motion for summary judgment in its entirety and would need time to do so in order to fully represent that she is ready to file that motion *today*.

The Parties file this motion for extension solely to avoid briefing where it may not ultimately be necessary, for example, depending on how the District of Maryland decides the motion to unseal. If that court concurs with the Government's position, then Defendant in this case would need to consider whether to lift redactions that are presently referenced in the *Vaughn* index and determine whether it needs to produce records and information being withheld. As described in the Department's letter to Plaintiff describing the reasons for withholding the documents in full, it identified the documents as "court sealed." *See* ECF No. 13-1 at 1. The parties apologize for not filing their motion sooner but did not file sooner because the need for an extension did not become apparent until immediately before the deadline.

Pursuant to the Defendant, it is likely that all documents identified in the draft *Vaughn* index will be implicated by the pending sealing decision. Defendant will be required to review each document in the draft *Vaughn* index and compare it to what may be released pursuant to the District of Maryland's decision, which anticipated to be forthcoming, given the conclusion of briefing. Additionally, the case presently before the Court here, is in a substantially similar posture to another case before this Court, no. 1:24-cv-2444, in which this Court granted the Defendants' consent motion to extend the time to file Defendant's motion for summary judgment until October 5, 2026 for the same reasons. *See Toensing v. U.S. Department of Justice*, 1:24-cv-2444, ECF No. 26 (Aug. 31, 2026).

The Parties therefore respectfully request that their joint motion at ECF No. 20 be granted.

Dated: September 21, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Tara Derbisz*
TARA DERBISZ
D.C. Bar # 252597
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Phone: (202) 809-0784
tara.derbisz@usdoj.gov

*Attorneys for the United States of America*

VICTORIA TOENSING
By Counsel:
*/s/ Matthew D. Hardin*
Matthew D. Hardin, D.C. Bar No. 1032711
Hardin Law Office
101 Rainbow Drive #11506
Livingston, TX 77399
Phone: (202) 802-1948
Email: MatthewDHardin@protonmail.com

*Attorney for Defendant*